IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAMES WALTER CREEL**                                                                     **PLAINTIFF**

**V.**           **CIVIL ACTION NO. 4:05CV140LA**

**LARRY GREER, WILLIE BOOKERT**
**and LEANETTE JORDAN**       **DEFENDANTS**

---

### AGREED ORDER OF DISMISSAL

The parties appeared before the Court on this date for an Omnibus Hearing, and the Plaintiff made an *ore tenus* motion to voluntarily dismiss his case. The Defendants have no objection to such dismissal.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice.

IT IS SO ORDERED, this the 29th day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

AGREED:

_____
James Walter Creel, Plaintiff

_____
Lee Thaggard
Counsel for Larry Greer and Willie Bookert

_____
John Clay
Counsel for Leanette Jordan